

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2021

**BY EMAIL AND ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Nickolas Sharp</u>,
              21 Cr. 714 (KPF)

Dear Judge Failla:

    Defendant Nickolas Sharp was arrested on December 1, 2021 and presented before Magistrate Judge John Acosta in the District of Oregon. The case was assigned to this Court, and an arraignment was scheduled on December 15, 2021 at 11:00 a.m. The Government moves to exclude time from December 6, 2021 through December 15, 2021 to allow the defendant to travel to the Southern District of New York and coordinate preliminary discovery logistics with the Government. Counsel for the defendant has informed the Government that the defendant consents to the exclusion of time. The Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney for the
                          Southern District of New York

         By:  _____
                  Vladislav Vainberg
                  Assistant United States Attorney
                  (212) 637-1029

Copied: Matthew M. Myers, Esq.
matt@mg1legal.com
Nicholas Wooldridge, Esq.
nicholas@wooldridgelawlv.com