

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

D[ 'GEH

The Honorable Katherine Polk Failla
Unites States District Judge Southern
District of New York
40 Foley Square
New York, NY 10007

Lcpwct{"30."4244"

**MEMO ENDORSED**

Re: United States v. Nickolas Sharp
21 CR 714 (KPF)

Your Honor:

    I represent the defendant in the above referenced matter. On December 15, 2021 the parties appeared before Your Honor at an initial appearance to discuss several issues. The parties agreed upon a bail package which included the detail that the bond was to be secured, in part, by the (defendant's) parents in Tucson, Arizona. As discussed before Your Honor, we asked for additional time to secure that bond because the defendant's father was on a consulting assignment in Dubai concerning nuclear power. Because of the tremendous logistical difficulties in granting a power of attorney and securing the confession of judgment documents while the defendant's father was overseas the defendant now seeks to modify the order and substitute the defendant's property in place of his parents' property. The defendant's residence which will be used for this purpose is located at 4521 SW Fairview Blvd, Portland, Oregon 97221. The defendant will provide the necessary documents to the clerk in the SDNY to secure the bond in a timely fashion.

    The Government consents to this modification.

Respectfully,

Cc: AUSA Vladislav Vainberg

/s/Matthew D. Myers
Attorney

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket
entry 15.

                                  SO ORDERED.

Dated:  January 11, 2022
        New York, New York
```

*(signature)* Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE