



D[ 'GEH

The Honorable Katherine Polk Failla  
Unites States District Judge Southern  
District of New York  
40 Foley Square  
New York, NY 10007

March 14,"4244"

**MEMO ENDORSED**

Re: United States v. Nickolas Sharp  
21 CR 714 (KPF)

Your Honor:

    I represent the defendant in the above referenced matter. Pre Trial Services in Portland, Oregon is supervising Mr. Sharp at the request of SDNY. Pre Trial Services in Portland is requiring the court to grant specific permission to travel from Portland to New York to review discovery at my law office from March 22 through March 24, 2022.

    Even though the defendant is permitted to travel by way of previous court order (see Conditions of Release form) and freely move within the district where he lives (Portland, Oregon) as well as move freely throughout the SDNY, the pre-trial officer in Portland has advised us that the ankle monitoring service is requiring a letter from this Court to verify such permission.

Respectfully,

/s/Matthew D. Myers  
Attorney at Law

cc: AUSA Vladislav Vainberg

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry
19.

                                            SO ORDERED.

Dated:  March 15, 2022
        New York, New York
```

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE