



Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

<u>BY ECF</u>

July 11, 2022

The Honorable Katherine Polk Failla
Unites States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

          Re: <u>United States v. Nickolas Sharp</u>
               21CR 714 (KPF)

Your Honor:

    I represent the defendant in the above referenced matter. Pre Trial Services in Portland, Oregon is supervising Mr. Sharp at the request of SDNY. Pre Trial Services in Portland is requiring the court to grant specific permission to travel from Portland to New York to attend court and continue to review discovery at my law office from July 12-July 14, 2022.

    Even though the defendant is permitted to travel by way of previous court order (see Conditions of Release form) and freely move within the district where he lives (Portland, Oregon) as well as move freely throughout the SDNY, the pre-trial officer in Portland has advised us that the ankle monitoring service is requiring a letter from this Court to verify such permission.

Respectfully,
/s/Matthew D. Myers
Attorney at Law

cc: AUSA Vladislav Vainberg

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 25.

Dated:  July 12, 2022
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE