UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -v.-<br><br>NICKOLAS SHARP,<br><br>                            Defendant. | 21 Cr. 714 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference currently scheduled for July 13, 2022, is hereby ADJOURNED to **July 14, 2022, at 12:00 p.m.**

SO ORDERED.

Dated: July 13, 2022
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                United States District Judge