UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v.- <br><br> NICKOLAS SHARP, <br><br> Defendant. | 21 Cr. 714 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Nickolas Sharp:

- Trial will commence on **February 27, 2023, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **January 30, 2023**;

- Any opposition papers to motions *in limine* will be due **February 6, 2023**; and

- The final pretrial conference will be scheduled for **February 15, 2023, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  August 11, 2022
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge