UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

NICKOLAS SHARP,

Defendant.

21 Cr. 714 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

A conference regarding Defendant's pretrial motions is currently set for November 10, 2022. (July 14, 2022 Minute Entry). Because Defendant did not file any such motions and the parties do not report any other outstanding issues, that conference is hereby ADJOURNED *sin die*.

The parties are reminded of the remaining pretrial deadlines in this case, which are detailed at docket entry 28. As that Order states, jury charge requests, propose voir dire questions, and any motions in limine shall be submitted on or before **January 30, 2023**. (Dkt. #28). Any opposition to motions in limine is due on **February 6, 2023**. (*Id.*). A final pretrial conference will take place at 3:00 p.m. on **February 15, 2023**. (*Id.*).

The Court notes that Defendant's Speedy Trial Act time is set to resume on November 10, 2022. (July 14, 2022 Minute Entry). Any party that wishes may file a letter motion requesting the exclusion of additional time.

SO ORDERED.

Dated: November 1, 2022
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge