# Exhibit A

Honorable Judge Failla,

Nickolas Sharp is my older brother, who I have known my whole life. I write to you to give another take on him and his life, and to plea for clemency as you issue sentencing.

My relationship with my brother has had many ups and downs over the past decade, and recently we haven't really been speaking much, as we have fallen out over various arguments and personal disagreements. But for multiple years, Nick and I worked closely together on a mutual creative writing project. I had an idea for a story, and we shared a creative process that led it to start to blossom. When we wished that we could see our project come to life more fully, he volunteered to fund hiring an artist to draw our story in graphic novel form. For several years we had a close partnership: I wrote the story with his creative collaboration, and he funded our artist and managed our website. It was a very enjoyable and productive time in my life and I greatly enjoyed the opportunity to work with Nick in such a creative endeavor. It was a passion project for both of us, one that he was willing to put thousands of dollars of his money towards over several years, because he both believed in the project, and more importantly, believed in me and my ideas, and wanted to support me. I am forever grateful for the time and creative energy he provided to me. Working on this project with Nick was an emotional relief and boon during the stress of my Medical School training. His generosity was heartfelt, and I was never closer to him than I was during those years.

Nick is at heart a very passionate, driven and creative person. He is hardworking and dedicated, channeling that passion and creativity into doing great things. When he met and fell in love with his wife, who lived in Argentina at the time, he followed his heart and changed the course of his life and college training plans to move to Argentina to be with her. He trained himself in computer programming, first building a successful freelancing career before leveraging that into multiple lucrative employment contracts. I have always been impressed by how he turned his self-taught skills into a successful career that allowed him to support both our creative project and his growing family. Because of Nick's indictment and now sentencing, he is no longer able to work in that field. But he has continued to work hard to build up new skills and forge a new career path, now working with his hands, to continue to support his family.

One of the things that has impressed me the most about Nick has been seeing him grow and develop as a father. His passion and energy in the past had at times made him dismissive of other people, sometimes discounting their experiences and emotions. But as a father, Nick consistently demonstrates a patience, gentleness and empathy that both surprised me and continually inspires me to want to be better with my own children. I feel that he would do anything for his children, face any hardship required to support them both physically/financially and emotionally. He even shows that same patience with my children in the times he has spent with them, both visiting my home in the past, and recently allowing my oldest to come spend a few weeks in the summer with him and his family. He also, despite the fragile and tumultuous nature of our personal relationship, has continued to consistently reach out to and be supportive of my wife, keeping a line of communication open and demonstrating interest and kindness to her.

Despite our disagreements and the discord in our personal relationship, Nick is still my brother, and still a good man and a loving father. As you sentence him, I humbly ask that you remember that, and that his children depend on him, and his presence, for both physical, financial, and emotional support and growth.

Sincerely,

Daniel Sharp, MD/PhD

Cory A. Bowen
3353 S. 257th Dr
Buckeye, AZ 85326


19 April 2023


RE: Mr. Nick Sharp Recommendation Letter


To the Honorable Judge Failla


I am writing the letter for Nick Sharp. Nick is my brother-in-law, as I have been married to his older sister for the past 11 years.

In fact, I first met Nick at my wife and I's wedding. I had heard about Nick before, and seen pictures of him, but that didn't accurately show me what meeting him would be like.

My first impression? Not the greatest. Here was this long-haired, scruffy-faced, guy in sandals and shorts. He seemed like a bit of a layabout, the sort who would ask to 'borrow' money any time he saw you. The sort of new relative you would hope to only see at every other Christmas.

And then... Then, I discovered just how wrong my first impression had been.

Nick had brought his entire family to the wedding, including two teenage daughters his wife had from previous relationships. Two girls who didn't speak a bit of English, and were quite confused about the cultural relevance of just about anything American. And I saw this scruffy-faced man, this supposed rapscallion, focused on helping these two girls. Helping them understand what was going on, helping them acclimate, helping them not feel so lost.

I got to know Nick better, and saw how he also helped his younger children, barely out of toddler-hood. He acted as an example, helping them to learn and grow. Keeping them happy, and healthy, and showing all these children how to be amazing people.

My wife and I rented Nick a room in our house, where he could set up a 'home office'. It was needed, because his children loved to spend time with their father, and this father loved to play and teach and love and... just help his children. And he needed space to work where he wouldn't be tempted to skip out to spend time with them. Where he could earn money to support them, and help his entire family thrive.

In the years since then, while my contact with Nick grew less, as he moved away to find better paying jobs to support his family, I still saw that good man, that loving family man, in our interactions.

It is my hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I do believe in Nick Sharp, and find him to be a good father, and loving husband, and an honorable individual.


Sincerely,

Copy A. Bowen

Nick Sharp-recommendation letter from his neighbors Mr & Mrs Shinpaugh:

Honorable Judge Failla,

We have had the pleasure of knowing Nick Sharp, and his family, over the last 3 years. We have been neighbors who live just 50 yards from each other and frequently interact. We certainly feel we can attest to his character and his personal qualities.

Nick is an exemplary family man who deeply cares for his loved ones. Over the years, we have grown quite fond of his 3 young children with whom we visit often. We both got a puppy around the same time and have enjoyed watching the kids, and the puppies, grow up running around in our yard. His children are kind, thoughtful and respectful to our family. We have seen Nick and his children interact on many occasions about "life" in general. He is always teaching them manners and life's realities regarding certain situations that will arise in their future. Undoubtedly, we often see him instilling morals and values to them to prepare them as "good humans". We can see how important this is to him.

He is a role model to his children, teaching them the values of hard work, honesty, and respect.

We also have 100% trust in Nick. There have been two different occasions where we felt our own children may be in danger and have asked Nick to come into our home when we were not there to check on our children. We recently had our home security jeopardized by a potential intruder and asked Nick to come change our locks while we were on vacation. He did this without hesitation and within minutes.

Nick is also a genuinely helpful person. There has been several snow and ice storms that we have had to dig out of. He is always willing to help not only us, but anyone around. We have even seen him help out total strangers who were stuck in the snow. He is quick to offer his time and resources to those in need, without expecting anything in return.

We care for Nick and his family and truly believe he is a positive asset for our community.

Sincerely,

Amanda & Chris Shinpaugh

19 April 2023

Honorable Judge Failla,

Nickolas Sharp is my brother-in-law, whom I've known for the last 11 years since I married into his family. Initially we lived in different countries, then in different states, so we haven't been able to spend a lot of time together in person. But whenever our paths have crossed, he has always been kind to me and my children, going out of his way to show appreciation for our family connection.

Whenever we've been able to spend time with Nick and his family at family reunions, I've been able to clearly see how much love and affection he has for his wife and kids. He has a special softness when speaking with them and it's very apparent that they mean everything to him. He's attentive to them and to his nieces and nephews and they all love to play with him. On a trip he made to visit us while traveling for work, he once turned twirling his scarf into my kids' new favorite game and they never wanted him to leave. Although Nick could definitely be described as "blunt" when talking with adults (he's not one to beat around the bush or shy away from an opinion), he makes an extra effort to speak to all the kids with a patient, gentle tone and I've never had concerns about my children spending time with him.

Last summer we sent our oldest son to spend time with Nick and his family in Oregon for his first "solo" adventure (accompanied by his grandparents). We felt confident that our son would be well taken care of and have a positive experience. I especially appreciated the extra care that Nick showed by calling me before the trip to learn more about dietary preferences and routines to help make my son comfortable during his first trip away from home. And when my younger son had a birthday during the trip, Nick sent him birthday greetings and made sure my older son was able to stay connected digitally to celebrate virtually with his little brother. My older son had a wonderful trip and still talks about it frequently.

As someone who likes to craft, I've created homemade beanies and birthday cards for Nick's family. Whenever I've sent something, Nick has gone out of his way to show his appreciation for the gifts, sending me videos, photos, and messages from his kids saying "thanks." I find it touching that despite the craziness of everything going on his life, he takes

the time to prioritize showing his appreciation when it wasn't required. And when my youngest daughter was born a few months ago, he made sure to reach out to me by phone to wish us well, even calling a few weeks before she was born to make sure we knew he was thinking of our family.

So while I can't tell you about things like what he's like to work with, I feel very confident in asserting that family is extremely important to Nick. He deeply loves his own nuclear family and actively encourages his kids in their many hobbies and interests (for example, he's been teaching his son woodworking skills and they recently finished making a table together), while also supporting his wife and her needs. He's very loyal to both his immediate and extended family and will do anything he can for those he loves.  He's very close with his children and is an integral part of his family.

Sincerely,

Erin Sharp

April 18, 2023

Cynthia Alleman
3500 NW 180th Pl.
Portland, OR 97229
503-688-8373
calleman1010@comcast.net

Dear Honorable Judge Failla,

Nick Sharp came very highly recommended to me in September 2022, when I needed some help with a bathroom remodel project. He has since become a fabulous resource and a friend.

Getting to know him through various fix-it projects has been a joy. He has such high standards for his craftsmanship and will take the time and steps needed to complete each project to reflect these standards. Recently while doing some tiling he did not like the level of the drain on the floor and so he took it out and completely reinstalled the drain. This was not something that I had noticed or pointed out to him. He just needs to finish things in a precise manner. Nick is constantly thinking about not just how to do something, but how to make it even better. But at the same time being economical about the cost of the project and more than reasonable about his costs. I never get the feeling that he is suggesting a modification so that it will get him more money. Again, I think he just has to make it the best he can. By going so far above and beyond what we initially talk about, each component is fabulous and I am delighted. He is even going to build me a custom wood feature just because it will make me happy. The other day while painting we had a rain downpour. Next thing I knew I heard the front door open and close. I had neglected to clean out my now overflowing gutters in the fall and he was out there in the pouring rain with a ladder cleaning them! He even talked with my elderly neighbor about cleaning his gutters so my neighbor wouldn't have to climb a ladder. What a kind and thoughtful man.

I think the part of Nick that impresses me the most is how he interacts with his children. As a retired elementary school teacher, of nearly 30 years, I have seen a myriad of parent-child relationships. Nick is a fantastic parent. He is so affectionate and respectful to his children. When we are having a conversation he always includes them and reaches out to have his children share as well. If they don't understand something he takes pleasure in explaining it to them. As he is working on projects with his son, Nick regularly explains what he is doing and why.  Humor is often used when talking with his children and they use it right back at him. These interactions can be hilarious. To further enhance the lives of his children he is building a tree house, an art studio, and a shop. All of these areas are being created specifically for his children.

Whenever he is coming over to help me, our time is always set around the schedules of his children. First thing in the morning he is actively helping them with their home schooling. Plus twice a week he needs to be aware of his time so that he can get them to their self defense classes.

While Nick is a very involved dad he is not a smothering parent. He specifically communicates with his children in a manner that fosters responsibility, independence, and resiliency. When talking about his children (which he does frequently) it is so clear to me how proud he is, and how much he loves them.

I ask for you to please keep in mind how important Nick is everyday in providing for his family, and dedicated to his children's learning, well being, joy, and success when you are making your decision.

Sincerely,

Cynthia Alleman

To the Honorable Judge Failla,

I'm writing to request clemency for my cousin, who pleaded guilty to multiple crimes. While I understand the severity of these charges, I'd like to offer some context regarding Nick Sharp.

Nick's talent and capability is proven. There's a downside, too.

I've talked to Nick after he casually tore apart a manager of a firm for being 'a total idiot', and then, with just a few people, coded a solution over a long weekend that made that manager's entire team unnecessary …saving the company something like 10MM and two years of effort.

I bring this up because his technical ability seems to have come at a cost. He's obnoxious to the point I believe he has undiagnosed Aspergers. People under him seem to appreciate his taking care of them and helping educate/fix code, but co-workers (including managers) Nick deems unproductive are more likely to deem him, and his obsession with doing the job better, a threat.

Have you ever met people who do really good work and their heart is in the right place but they just don't 'connect' with most people? That's Nick. That's also a scary place to be in the world of code and trusting a dozen citizens to sort out 'could have' vs 'beyond reasonable doubt'.

Nick pleaded guilty rather than fight the charges. While this must be taken as an admission of guilt, it was made in part because he felt it was better for his family. He's always taken care of his wife and kids; he's a contributing, present, father.

Any clemency you grant Nick will benefit him but also his children and wife. Each of them deserves a shot at a real future, and any flexibility in his sentence will help him continue to provide for them and be a positive part of their lives.

I understand the gravity of this situation and the need for justice to be served. I respectfully request weighing the harm to daily life realized by the victim, the harm to employability Nick has now incurred, and the harm his children would sustain in his absence, when considering the circumstances and factors in sentencing.

Thank you for your time and consideration,

Joshua Sharp
joshua.sharp@gmail.com (Please reach out if there are questions or matters I can assist with.)

The Honorable Judge Failla,                                                    8 April, 2023

I never thought I'd have to write something like this on behalf of my son, Nickolas Hale Sharp. To say that I'm surprised and a bit disappointed in his actions that got himself into this legal situation would be an understatement. I am however proud of his ownership of the issue and his willingness to face the consequences. His ability to honor his monitoring requirements and restrictions for this past year has been admirable.

This is not the son I worked with though to become an Eagle Scout, who then went on to obtain the highest award in the Venturing Scouting program, that of Silver. His missionary service while in Argentina was one of honor and saw him progress to being in-charge of all Mission Housing and related billings and contracts during his last 6 months of service as a young man in his early 20s. He is a take charge kinda guy who is as good with his hands as his mind.

I have loved seeing him raise not only his biological children but also those older daughters from his wife's first relationships. Nick is the Home-Schooling dad for his three younger children. Alongside the academic subjects, he has taught them social skills, as well as physical talents and hobbies. He worked hard and ensured his wife and her daughters became legal US citizens. One daughter is now serving in the US military.

With his wife having to work in the warehousing/shipping industry, Nick has also had to become the head cook and the primary parent taking the younger kids to doctor/dentist/orthodontist/optometrist appointments as needed.

As it is within your authority for sentencing, I would urge you to consider not only the need for Nick to pay his due to society, which he freely admits is needed, but also balance the impact to his young family. Vero's wages will not pay the bills. Her job would be in jeopardy of she now has to assume all the household and parenting duties that Nick is currently carrying. If possible, some sort of sentencing that would allow Nick to continue doing handyman work for friends and family during the daytime, as well as maintaining the younger children's education would be appreciated. He could still be restricted in movement and freedom in the future as he has shown this past year that he is capable of honoring. He could be required to be a teacher/mentor for most any academic subject needed by those in care of various state and local jurisdictions.

Nick is a good man, a good father and husband. He is a good kid. Did he screw up? Certainly so. However, he is a keeper.

I thank you for your consideration in this matter.

Mark Sharp
(Father)

Honorable Judge Failla,

I am writing in regards to Nickolas Sharp (Nick), my former coworker at Ubiquiti Inc.. Nick and I worked together in a small office in Portland, Oregon for just over one and a half years. In my final months at Ubiquiti I reported directly to Nick on a project that involved building analytics dashboards. I left Ubiquiti months before the hacking incident occurred and I have no knowledge of the events that transpired.

Here is the substance of my letter: Nick was one of the most thoughtful and diligent coworkers I have ever had the pleasure to work with. As a boss he was kind and easy-going. His technical expertise was unparalleled at Ubiquiti, especially in matters pertaining to security and cloud computing. On multiple occasions I watched him proactively identify and take measures to fix security issues in Ubiquiti software. In all my interactions with Nick he was honest and well-intentioned. Once I had the privilege to meet Nick's wife at a Ubiquiti holiday party. They were a lovely pair and spoke highly of their children. I remember Nick took his kids to a Ninja Warrior training gym on a regular basis so they could have fun and exercise as a family.

I was stunned when I learned of the allegations against Nick, and I cannot even begin to imagine him carrying out the crime. But, given that Nick has chosen to plead guilty, I hope that you take into account Nick's value to society as a software expert, husband, and father when deciding his sentence.

Best,
Benjamin Scheiner

Tyler Main

808 SE 4th St. Unit 11

Battle Ground, WA, 98604


April 16, 2023


Re: Character Letter for Nick Sharp

To the Honorable Judge Failla,

I am writing on behalf of Nick Sharp. Mr. Sharp is my former manager(at three different companies) and I have known him for 9 years now. During this period, he has consistently demonstrated commendable character traits and positive moral values.

He was very ambitious and driven to get things done right the first time. He was very generous to those on his team who produced good code. He was also very good at communicating early and often if there were issues outside of the team that may impact our work or employment. I grew quite a bit professionally owing to Nick's mentorship. I visited Nick's home on several occasions and met his family during the four years we worked together. If there is one thing I would like to have taken from this is that he was a devoted and passionate husband/father who cares deeply about his family. This was very apparent anytime I would go to his home and when family was discussed at work (which was not uncommon as we would go to lunch together most days and talk about non work activities, much of Nick's conversation revolved around family).

It is my hope that the court takes this letter into consideration as I think Nick is a constructive member of society and an integral part of his family which will both be worse off for his absence.

Sincerely,

Tyler Main

Dear Honorable Judge Failla,

I'm writing this letter regarding my knowledge of and relationship with Nick Sharp. Outside of social media over the last several years, I've only known Nick a short time, but I've seen how hard he works for his family, how he treats his own children, and how he treats my family.

I met Nick in the summer of 2022. He is my wife's cousin that she grew up hanging out with, and we recently moved within half an hour from where Nick and his family live, so we've had the opportunity to visit and spend time with them.

Nick immediately welcomed me as family when we came over to visit the first time. He welcomed me with a hug, made my toddler feel welcome, had food ready for everyone, his kids included my toddler in their games, and I felt like we had all known each other for years. We hung out in the kitchen snacking and chatting about life while the kids played until long after it got dark.

He showed my family such genuine hospitality, and I truly believe that is who Nick is as a human being. Since then, we've visited his house a few times, and tried making plans several other times, but due to sick kids and busy schedules some of those visits had to be rescheduled.

We love hanging out with Nick and his family though. I love seeing how involved he is with each of his kids. He beams pure pride and joy at their artistic creations and projects, and he's always talking about what his kids are up to, whether it's growing custom bred orchids, or helping him build a tree house, or their latest clay sculptures. He glows radiantly when he talks about his family, and he's always helping them work on some project.

Nick is a genuinely nice guy that would help you with anything you need without complaint, even if he's the one having a rough time. He cares for those around him, and he does it with such joy. His family are all good people, and we cherish our visits with them.

Thank you for your time, and I hope that this letter can provide you with an insight into who Nickolas Sharp is as a person.

Respectfully,

Chris McBride
907-978-2059

Dear Honorable Judge Failla,

I am writing this letter of character recommendation on behalf of my friend and former colleague, Nickolas Sharp, who has recently plead guilty to several charges. I worked with Nick at Ubiquiti Networks for almost a year between 2018 and 2019, and during that time, I had the opportunity to witness his exceptional skills and unwavering dedication towards his job, his coworkers and his family.

Nick is one of the most competent engineers I have ever had the fortune to work with. His knowledge of security and cloud computing is unsurpassed. His desire to use his knowledge for the principle of protecting the company and its customers from security threats, far exceeds what could reasonably be expected of an employee.

In his first week on the job at Ubiquiti there was an incident that caused network outages that affected many thousands of customers. Despite his being brand new to the job, Nick immediately took responsibility for determining the cause of the issue, working non-stop for several days with little to no sleep until the issue was solved. His level of dedication and commitment to his work was impressive.

Although we weren't on the same team, we collaborated on projects where our domains overlapped. It was always a pleasure to work with him, and I found myself looking for excuses to discuss my projects with him, even when there was no overlap. This was a highly stressful job, and that, in combination with my slow recovery from major surgery, lead to my performance not being up to par. Nick was always kind and supportive. He even took time away from his own work to assist in projects in my domain. When I eventually got laid off from Ubiquiti in June of 2019 he took me on a walk and wanted to make sure I was going to be ok. He asked about my custody and alimony situation. He reminded me that I was a talented engineer and that I would land somewhere quickly. Those words stuck with me, and both times I have interviewed for a new job since then, I have sought Nick's recommendation first.

On a personal level, I often tried to time my lunch break with Nick so we could talk about our lives. I was impressed with his ability to devote so much to his job and his family. I learned how he had moved from construction and home improvement to web development, and then consistently improved his knowledge and skill set in order to increase his earning capacity. He met his wife in Argentina, she had two kids from a previous marriage and they eventually had three of their own together, but he is a father to all of them. He brought them to America so he could better provide for them.

Nick's youngest son was interested in growing plants, so Nick helped him translate that interest into a side business growing microgreens in their garage. Every couple of weeks, Nick would come in with a fresh batch of greens, and my co-workers and I would buy them. He was always there for his family, leaving work early on Tuesday and Thursday afternoons without fail to take his kids to the Ninja Warrior gym and train with them.

When we worked together I had recently gotten divorced and was struggling. In Nick I saw someone living his life, professionally and personally, in a way that inspired me to do better. With that in mind, when I read that he had pleaded guilty to these charges, I was utterly shocked and saddened. I still don't understand it, it's hard for me to believe it, and I struggle to make sense of it. Nick and I talked about ADHD when we worked together. I deal with it myself, and I know what it is like to be in a state of monomaniacal focus on a task. That, combined with impulse control issues, stress, and sleep deprivation, must have led to some poor decisions in the moment that couldn't be undone. Perhaps because he cared so much about security, he broke some laws in order to bring attention to serious issues that were not being addressed. Even in doing wrong, he was attempting to do good. That doesn't make it right, but it does make it forgivable, and it does suggest that leniency is in order.

I believe that Nick's actions were out of character and that he is truly remorseful for what he has done. He has suffered a great deal already, and I do not believe that incarceration would serve any constructive purpose. He may never work in tech again, but he has many skills outside of tech, and I believe it would be best for Nick and his family to get him back to work to provide for them as soon as possible. I plan to employ him for some remodel and landscaping projects at my house as soon as he is available.

It was my intent to fly to New York to read this letter to you myself but, sadly, my custody schedule does not allow for it. I hope that you take into consideration the positive impact that Nick has had on his colleagues and his family and that you consider a lenient sentence. Thank you for your time and consideration.

Sincerely,
Peter Anthony Cowan

To the Honorable Judge Failla:

I'm writing as both a past coworker and acquaintance of Nickolas Sharp to provide a reference for his character. I've known Nick since 2013, having worked with him on three separate occasions: once in Utah (2013-2015), and twice in Oregon (2015-2018). I've worked as a product and design leader (management, director) in the software/technology space for a decade and a half.

When I first met Nick during my interview in 2013, his straightforward candor was incredibly refreshing. As time went on, I have learned that his candor was indicative of someone who told the truth, even if he was wrong. That was applied to not just his behavior, but others' as well. That brought a professional efficiency that was a joy to work with. Not only was he gifted in his job, but also at helping others with theirs by providing perspective, being a listening ear, and giving frank advice.

Over the years, he has seen me as a skilled counterpart who could partner with him on experiments, research and development, and new ideas. As a result, and with his direct help, I was able to acquire a job (working with him again) in Oregon, and I made the big move with my family from Utah to the Pacific Northwest. The start date for the job and our move-out date didn't align. Because of that, he offered for me to stay with his family as long as I needed until my family could join me. During that time I had the chance to see him as a father, husband, and off-hours coworker.

Due to the nature of my work (e.g. having to understand people in a short amount of time in order to surface their motives and honesty), I've become attuned to when people are lying to me, changing their behavior to appear to be something else, etc. The only time there was a shift in his behavior was when I joined their family for dinner, and he wordlessly accommodated my religious habits by praying over the food together. I was grateful for that and the many other times he's taken my needs into consideration in both a professional and personal setting.

Everything else I observed during my stay with him and his family was of a man who spent time caring for his wife (making dinner *with* her, taking over family duties when she was too tired), playing with and teaching his children how to build stuff, and *then* asking me if there was something he could do to help until my family was able to join me. None of it was for show; he took time for himself as well to learn new things and pursue interests.

As I've worked with Nick on and off this past decade, his interactions have always been of radical candor about himself and others. I always knew where I stood with him, which was a great change from the dishonest politicking that I've experienced in the past two decades. I worked closely with him on many projects, and he was never underhanded. People have followed him from previous jobs because he's honed in on doing things efficiently, doing it right, and having fun discovering and releasing exciting work—especially when it comes to new ideas. We all had success while working on the same projects as him, and he gave people credit for their work. He was also honest about the areas we needed improvement. That has rubbed

some people the wrong way, to be sure. However, those of us that wanted to progress in our careers saw his insight for what it was: a perceptive perspective that helped us move forward. He has lifted up more people than I can count.

All that being said, his honesty with himself and others; his candor about how he views things; his dedication as a father and husband; his steadfastness as a friend and a mentor; how he lifts everyone up together; his talent in bringing new ideas to fruition; his ability to see and help—these are a small part of the good man that he is, and the value he provides to those around him. I've looked for more opportunities to work with him when I can, and hope to continue relying on him as a friend.

Please consider all of this when determining his sentence. I kindly ask Your Honor to take into account Nick's character, his positive impact on others, and his potential for further good when determining his sentence. I firmly believe that his contributions to his family, friends, and organizations he's worked for show a pattern of continued good in society, and I respectfully request that you consider granting him leniency.


Respectfully,

Brian Bradshaw
(360) 207-4455
brian.d.bradshaw@gmail.com

# Exhibit B

Your Honor:

It is important that I address the question of why I committed these acts.

This a question that haunts me and one that I do not fail to ask at least daily. Answering this question has led me through serious introspection.

Towards the end of 2020 I became obsessed with the concept of protecting the company from the consequences of its history of ignoring security issues. My assigned mandate from the founder and CEO Robert was to be the one looking out for the "defense" of the company, yet he was consistently preventing us from doing so. I foolishly determined to run an unsanctioned "security drill" in order to force the company to resolve outstanding issues.

From this absurd point of view, it was a highly effective endeavor. My colleagues and I found and fixed many hundreds of issues in the following weeks. We rotated all exposed credentials, we secured our logging infrastructure, we enhanced our audit trail around administrative actions, and we found and blocked two additional completely unrelated attackers who had been stealing company code. We secured our cloud and server infrastructure, and rotated server access keys that had been outstanding since 2014.

However, this was an unsanctioned exercise. It was not my place to force this issue in this fashion. My mandate was made unachievable due to the CEO's prioritization, and I should have respectfully stayed within the parameters of my duties.

This was not an act of malice, nor an act of greed. It was an idiotic expression of idealism in a vacuum. A tragic decision that I regret to my core. Yes, Ubiquiti's customers and engineers deserve security and the ability to follow standards. Yet in no way should I have taken this action.

I am deeply ashamed and sorrowful. I let the worst parts of my mind make a decision which has caused harm to many.

I apologize to my colleagues, who suffered unnecessary stress and unplanned work. I apologize to my family, who suffered and continue to suffer a significant change in lifestyle as I threw away my entire career over a misguided ideal. I apologize to the company by way of Robert, it was not my place to force your hand, I was instead, trying to point out weaknesses in our infrastructure.

To Ubiquiti's customers, I likewise apologize if you lost confidence in the company. I caused a scare, instead of a celebration over a successful security review and audit.

———

I wish to be useful to my family.  Due to my idiocy my spouse now has to leave the house at 5AM and doesn't get back most days until 6PM.  I wake my children, I ensure they are fed.  I monitor their homeschooling, correcting their work, dictating lessons.  I work with them on their household chores.  Then in the afternoons and weekends I work wherever and however I can, fencing, construction, contracting, anything to help backfill the wage disparity I've brought upon my family.

I will pay every penny of my restitution.  It is the least that I can do.

My sincerest apologies to everyone at Ubiquity.

/s/Nickolas Sharp