

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF                                                                May 1, 2023
The Honorable Katherine Polk Failla
Unites States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Nickolas Sharp
21 CR 714 (KPF)

Your Honor:

I represent the defendant in the above referenced matter. Although I made the defendant's family and friends aware of the deadline for letters of support several of the letters arrived a day late. Please accept my apologies for this late submission to supplement my sentencing memo, but I feel the letters add an important perspective on Mr. Sharp's life.

Respectfully,
/s/Matthew D. Myers
Attorney at Law

Cc: AUSA Vladislav Vainberg

```
Application GRANTED.  The Court will consider Mr. Sharp's
supplemental submissions.

The Clerk of Court is directed to terminate the motion at docket
entry 44.
```

Dated:   May 1, 2023          SO ORDERED.
         New York, New York

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE