UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

NICKOLAS SHARP,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:   CONSENT PRELIMINARY ORDER
    OF FORFEITURE AS TO
:   SPECIFIC PROPERTY

:   21 Cr. 714 (KPF)

WHEREAS, on or about November 18, 2021, NICKOLAS SHARP (the "Defendant"), was charged in a four-count Indictment, 21 Cr. 714 (KPF) (the "Indictment"), with computer fraud and abuse - intentionally damaging a protected computer, in violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), 1030(c)(4)(A)(i)(I), and 2 (Count One); transmission of interstate communications with intent to extort, in violation of Title 18, United States Code, Sections 875(d) and 2 (Count Two); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Three); and making false statements to law enforcement, in violation of Title 18, United States Code, Sections 1001 and 2 (Count Four);

WHEREAS, the Indictment included, *inter alia,* a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 1030(i), of any and all property, real or personal, constituting or derived from, any proceeds obtained directly or indirectly, as a result of the offense charged in Count One of the Indictment, and any and all personal property that was used or intended to be used to commit or to facilitate the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about February 2, 2023, the Defendant pled guilty to Counts One, Three and Four of the Indictment, pursuant to a plea agreement with the Government, wherein

the Defendant admitted the forfeiture allegations with respect to Counts One and Three of the Indictment;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the following specific property, which constitutes property used or intended to be used to commit or to facilitate the commission of the offense charged in Count One of the Indictment, to which the Defendant pled guilty:

a.  Black Google Pixel 3 smartphone, IMEI 990012005410417;

b.  Dark gray Apple laptop model A1706, S/N C02T13BWHF1R; and

c.  Silver MacBook Pro laptop, Model A1502, S/N, C02NV05LG9FQ

(a. through c. collectively, the "Specific Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Vladislav Vainberg and Andrew K. Chan, of counsel, and the Defendant and his counsel, Matthew Myers, Esq., that:

1.  As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant NICKOLAS SHARP, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional

facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[THE REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]



10.     The signature page of this Consent Preliminary Order of Forfeiture as to

Specific Property may be executed in one or more counterparts, each of which will be deemed an

original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:     _____          5/10/2023
         VLADISLAV VAINBERG              DATE
         ANDREW K. CHAN
         Assistant United States Attorneys
         One St. Andrew's Plaza
         New York, NY 10007
         (212) 637-1029/1072

NICKOLAS SHARP

By:     _____          5/10/23
         NICKOLAS SHARP                  DATE

By:     _____          5/10/23
         MATTHEW MYERS, ESQ.             DATE
         Attorney for Defendant
         52 Duane Street
         New York, NY 10007

SO ORDERED:

_____          5/10/2023
HONORABLE KATHERINE POLK FAILLA   DATE
UNITED STATES DISTRICT JUDGE